February 20, 1911.

————o————

5200.

(Court of Appeal, Parish of Orleans.)

## LOUIS SPIRO vs. AMERICAN BONDING CO. AND ROBT. J. MALONEY.

The sureties on the official bond of a notary public are liable for any loss or damage caused by his affixing his notarial paraph to any mortgage note which he knew to be forged, and anyone injured by his act has a right of action on the bond against his sureties.

The measure of damages is the amount of the debt and interest intended to be secured by the mortgage.

Appeal from the Civil District Court, Division "A."

Lautenschlaeger & Forman for plaintiff and appellee.

Saunders, Dufour & Dufour for defendant and appellant.

Dinkelspiel, Hart & Davey, for Civil Sheriff.

GODCHAUX, J.—This is a suit against a notary and the surety on his official bond to recover for the loss incurred by plaintiff by reason of his having been in-

duced to purchase from the notary on the faith of the latter's paraph a mortgage note which was forged. The forgery is proved and it is established that plaintiff, relying upon its being genuine, and placing faith in the notary's paraph, purchased it for face value on the date it purports to have been executed.

There was judgment below against notary and surety for the face of the note and the interest therein specified, and the surety appeals.

"The sureties on the official bond of a notary public are liable for any loss or damage caused by his fixing his notarial paraph to any mortgage note which he knew to be forged, and anyone injured by his act has a right of action on the bond against his sureties.

"The measure of damages is the amount of the debt and interest intended to be secured by the mortgage."

Flanagan vs. Spitzfaden, 7 Court of Appeal, 230.

The judgment is in accord with these principles and it is accordingly affirmed.

February 20, 1911.

St. Paul, J., concurs in decree.